**Electronically Filed
Supreme Court
SCWC-28857
03-AUG-2011
12:35 PM**

NO. SCWC-28857

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

DAVID GARNER, ALLAN KLITERNICK, JO JENNIFER GOLDSMITH
and DAVID HUDSON, on behalf of themselves and all others
similarly situated, Petitioners/Plaintiffs-Appellants,

vs.

STATE OF HAWAIʻI, DEPARTMENT OF EDUCATION,
Respondent/Defendant-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. 28857; CIV. NO. 07-1-1480)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By:  Duffy, J., for the court[1])

Petitioners/Plaintiffs-Appellants' application for writ

of certiorari, filed on June 28, 2011, is hereby rejected.

DATED:  Honolulu, Hawaiʻi, August 3, 2011.

Paul Alston,                    FOR THE COURT:
Peter S. Knapman,
Mei-Fei Kuo, and                /s/ James E. Duffy, Jr.
Bruce H. Wakuzawa
for petitioners/                Associate Justice
plaintiffs-appellants
on the application
and reply



Deirdre Marie-Iha,
Deputy Solicitor General,
for respondent/defendant-
appellee on the response

---

[1] Considered by:  Recktenwald, C.J., Nakayama, Duffy, and McKenna, JJ. and Circuit Judge Garibaldi, in place of Acoba, J., recused.